

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK/AAS
F. #2021R01028

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2022

<u>By E-mail</u>

The Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Qiming Lin
              <u>22-MJ-251 (MMH)</u>

Dear Judge Cho:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety. The government has determined that the bases previously articulated for sealing the matter no longer apply.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                      By:   <u>/s/ David K. Kessler</u>
                                    David K. Kessler
                                    Assistant U.S. Attorney
                                    (718) 254-7202

Enclosure

cc:    Clerk of Court (by ECF)

DKK/AAS
F.# 2021R01028

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

QIMING LIN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

22-MJ-251 (JRC)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David K. Kessler, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
         March 16, 2022

*James R. Cho*
HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK